UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON N. CADWELL and HARALD B. FINDLAY, in their capacities as Co-Trustees of the Edward A. Deeds Revocable Trust dated December 23, 1999, as amended,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-　Against –<br><br>CITIBANK, N.A., as Trustee of the Edward A. Deeds Trust under that certain Trust Agreement dated March 1, 1945, and as Trustee of the Edith W. Deeds Trust under that certain Trust Agreement dated March 1, 1945,<br><br>　　　　　　　　　　Defendant. | Docket No. 1:23-cv-1315 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2023

### NOTICE OF WITHDRAWAL OF MOTION

Defendant hereby withdraws, without prejudice, its Motion to Dismiss the Complaint in accordance with Federal Rules of Civil Procedure 12(b)(1) and (7) located at Docket No. 13.

Dated:  March 23, 2023
　　　　New York, New York

BARCLAY DAMON LLP

By: _____
　　Benjamin R. Zakarin, Esq.
　　(Bar Roll No. )

1270 Avenue of the Americas, Suite 501
New York, New York 10020
Telephone:  (212) 784-5820
bzakarin@barclaydamon.com

SO ORDERED:

_____
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE    3/27/2023

In light of Defendant's notice, the Clerk of the Court is respectfully requested to close to motion at ECF No. 13.

26105111.1