UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON N. CADWELL and HARALD B. FINDLAY, in their capacities as Co-Trustees of the Edward A. Deeds Revocable Trust dated December 23, 1999, as amended,

                        Plaintiffs,

-against-

CITIBANK, N.A., as Trustee of the Edward A. Deeds Trust under that certain Trust Agreement dated March 1, 1945, and as Trustee of the Edith W. Deeds Trust under that certain Trust Agreement dated March 1, 1945, DIANNE STEBBINS, SUSAN GRIFFIS, MARTHA DEEDS, JENNIFER HUFF, ELIZABETH MACKENZIE, and EDWARD A. DEEDS, JR.,

                        Defendants.

---

Docket No. 1:23 cv 01315 (GHW) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2023

## ORDER

**WHEREAS** Plaintiffs Jason N. Cadwell and Harald B. Findlay, in their capacities as the co-trustees of the Edward A. Deeds Revocable Trust dated December 23, 1999, as amended (collectively "the Co-Trustees") filed this action against defendant Citibank, N.A. ("Citibank") and defendants Dianne Stebbins, Susan Griffis, Martha Deeds, Jennifer Huff, Elizabeth MacKenzie and Edward A. Deeds, Jr. (collectively "the Deeds Children"); and

**WHEREAS** this case concerns the conflicting claims of the Co-Trustees and the Deeds Children to property contained in two New York Trusts of which Citibank is Trustee; and

**WHEREAS** none of the Deeds children is located in New York or otherwise subject to this Court's personal jurisdiction;

2

**IT IS HEREBY ORDERED**, pursuant to 28 U.S.C. § 1655, that the Deeds Children appear in this action or plead by June 23, 2023, and that if they do not appear or plead by that date, this case will proceed in the same manner as if they had been served in the State of New York; and

**IT IS FURTHER ORDERED** that the Co-Trustees shall serve a copy of this Order and a copy of the First Amended Complaint on the Deeds' children and Citibank by personal service.

Dated:

~~Hon. Gregory H. Woods, U.S.D.J~~

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE    5/16/2023