USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JASON N. CADWELL, et al.,

                              Plaintiffs,

      -against-

CITIBANK, N.A.,

                             Defendant.
-----------------------------------------------------------------X

**23-CV-1315 (GHW) (KHP)**

**ORDER SCHEDULING ORAL ARGUMENT**

**KATHARINE H. PARKER, United States Magistrate Judge:**

An Oral Argument in this matter is hereby scheduled for **Monday, December 11, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:     New York, New York
                 November 28, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge