USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2024



Hannah C. Waite
hwaite@sheeheyvt.com

January 5, 2024

Honorable Gregory H. Woods  **MEMORANDUM ENDORSED**
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Jason N. Cadwell, et al. v. Citibank, et al.</u>
             23-CV-01315 (GHW) (KHP)

Your Honor:

     I recently was retained by Dianne Stebbins, Susan Griffis, Martha Deeds, Jennifer Huff, Elizabeth Mackenzie, and Edward Deeds as co-counsel in the above-referenced action. I respectfully submit this letter to request an extension of time to file objections to the Report and Recommendation issued by Magistrate Judge Park on December 26, 2024. This is the first request for an extension. This request is made to allow new counsel time to come up to speed on the case. It is also requested because counsel was on vacation over the week of December 25, when the R&R was issued.

     The current deadline for objections is January 9, 2024. We request an extension of the deadline until January 19, 2024. Counsel for Plaintiffs Jason N. Cadwell and Harold B Finley and counsel for co-Defendant Citibank consent to this request.

                           Sincerely,

                           SHEEHEY FURLONG & BEHM P.C.

                           /s/ *Hannah C. Waite*

                           Hannah C. Waite, Esq.

Application granted. Any objections to Judge Parker's Report and Recommendation are due no later than January 19, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 83.

SO ORDERED.

Dated: January 5, 2024                         _____
New York, New York                            GREGORY H. WOODS
                                            United States District Judge