USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
JASON N. CADWELL *and* HARALD B. :
FINDLAY, *in their capacities as Co-Trustees of the* :
*Edward A. Deeds Revocable Trust dated December 23,* :
*1999, as amended,* :
:
                           Plaintiffs, :    1:23-cv-1315-GHW
:
       -against- :    <u>ORDER</u>
:
CITIBANK, N.A., *as Trustee of the Edward A.* :
*Deeds Trust under that certain Trust Agreement dated* :
*March 1, 1945, and as Trustee of the Edith W. Deeds* :
*Trust under that certain Trust Agreement dated March* :
*1, 1945*, *et al.,* :
                           Defendants. :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On April 29, 2024, Magistrate Judge Parker issued a Report and Recommendation ("R&R") recommending that "Plaintiffs' motions seeking an order directing Defendant Citibank, N.A. ('Citibank') to transfer certain trust assets over to Plaintiffs subject to Defendant's holding two million dollars of such assets in reserve to cover expenses for an accounting of that Trust . . . . be granted in its entirety subject to modifications suggested by Citibank and agreed to by the Plaintiffs in reply." Dkt. No. 112 at 1. On May 13, 2024, Dianne Deeds Stebbins, Susan Deeds Griffis, Martha Deeds, Jennifer Deeds Huff, Elizabeth Deeds MacKenzie, and Edward A. Deeds, III (the "Individual Defendants") filed objections to the R&R. Dkt. No. 113. Any response from Plaintiffs is due no later than May 20, 2024.

      SO ORDERED.

Dated: May 13, 2024
New York, New York
                                             GREGORY H. WOODS
                                           United States District Judge