USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
JASON N. CADWELL *and* HARALD B.                               :
FINDLAY, *in their capacities as Co-Trustees of the*           :
*Edward A. Deeds Revocable Trust dated December 23,*           :
*1999, as amended,*                                            :
                                        Plaintiffs,            :            1:23-cv-1315-GHW
                    -against-                                  :
                                                               :            ORDER
CITIBANK, N.A., *as Trustee of the Edward A.*                  :
*Deeds Trust under that certain Trust Agreement dated*         :
*March 1, 1945, and as Trustee of the Edith W. Deeds*          :
*Trust under that certain Trust Agreement dated March*         :
*1, 1945, et al.,*                                             :
                                        Defendants.            :
---------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On March 28, 2025, the Court ordered the parties to file a letter updating the Court

regarding the status of their progress toward a settlement by no later than April 25, 2025.  Dkt. No.

132.  The parties have not submitted such a letter.  The parties are ordered to comply with the

Court's March 28, 2025 order forthwith, and in no event later than May 1, 2025.

SO ORDERED.

Dated:  April 29, 2025                          _____
New York, New York                                        GREGORY H. WOODS
                                                        United States District Judge