USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/25

# Sheehey Furlong & Behm P.C.
Attorneys at Law

## MEMORANDUM ENDORSED

Hannah C. Waite
hwaite@sheeheyvt.com

July 30, 2025

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Jason N. Cadwell, et al. v. Citibank, et al.</u>
23-CV-01315 (GHW) (KHP)

Your Honor:

I represent the Individual Defendants—Dianne Stebbins, Susan Griffis, Martha Deeds, Jennifer Huff, Elizabeth Mackenzie, and Edward A. Deeds, III—in the above-referenced action.

I write on behalf of myself, counsel for Citibank, and counsel for the Trustees in accordance with Your Honor's June 18, 2025 Entry Order. The parties agreed to provide the Court with an update of the status of the case.

The parties are still working through final aspects of the agreement and expect to have it signed, and this case voluntarily dismissed, soon. We propose that the parties update the Court within forty-five days regarding the status of settlement, if a Stipulation of Dismissal has not already been filed at that time.

Sincerely,

SHEEHEY FURLONG & BEHM P.C.

*/s/ Hannah C. Waite*

Hannah C. Waite, Esq.

---

Application granted. The parties' request to provide a further update to the Court regarding the status of settlement, Dkt. No. 140, is granted. The parties are ordered to file a letter updating the Court regarding the status of settlement by no later than September 15, 2025. In light of the parties' anticipated settlement, Plaintiffs' March 11, 2024 motion for a transfer of assets, Dkt. No. 102, is withdrawn without prejudice. Plaintiffs may seek leave to renew the motion if the parties cease to anticipate a settlement. The Court expects that if Plaintiffs seek to renew the motion, the substance of the motion will remain unchanged, and the Court will resolve the motion on review of Defendants' objections to Judge Parker's April 29, 2024 Report and Recommendation and Plaintiffs' response to Defendants' objections. *See* Dkt. No. 112 (Report and Recommendation); Dkt. No. 113 (objections); Dkt. No. 115 (response to objections). The Clerk of Court is directed to terminate the motion pending at Dkt. No. 102.

SO ORDERED.

Dated: July 30, 2025
New York, New York

GREGORY H. WOODS
United States District Judge

30 Main Street, PO Box 66, Burlington, Vermont 05402-0066 | 205 Billings Farm Road, Suite 4B, White River Junction, Vermont 05001
802.864.9891 | sheeheyvt.com