USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JASON N. CADWELL *and* HARALD B. :
FINDLAY, *in their capacities as Co-Trustees of the* :
*Edward A. Deeds Revocable Trust dated December 23,* :
*1999, as amended*, :
                               Plaintiffs, :    1:23-cv-1315-GHW
         -against- :
:     <u>ORDER</u>
CITIBANK, N.A., *as Trustee of the Edward A.* :
*Deeds Trust under that certain Trust Agreement dated* :
*March 1, 1945, and as Trustee of the Edith W. Deeds* :
*Trust under that certain Trust Agreement dated March* :
*1, 1945*, *et al.*, :
                            Defendants. :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    On July 30, 2025, the Court ordered the parties to file a letter updating the Court regarding the status of their progress toward a settlement by no later than September 15, 2025. Dkt. No. 141. The parties have not submitted such a letter. The parties are ordered to comply with the Court's July 30, 2025 order forthwith, and in no event later than September 19, 2025.

    SO ORDERED.

Dated: September 17, 2025  
New York, New York

                                                      GREGORY H. WOODS  
                                               United States District Judge