USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                        :

JASON N. CADWELL *and* HARALD B. FINDLAY, *in their capacities as Co-Trustees of the Edward A. Deeds Revocable Trust dated December 23, 1999, as amended*, :

                              Plaintiffs, :    1:23-cv-1315-GHW

                -against- :

                                                        :    <u>ORDER</u>

CITIBANK, N.A., *as Trustee of the Edward A. Deeds Trust under that certain Trust Agreement dated March 1, 1945, and as Trustee of the Edith W. Deeds Trust under that certain Trust Agreement dated March 1, 1945, et al.*, :

                            Defendants. :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On September 19, 2025, the Court ordered the parties to file a letter updating the Court regarding the status of their progress toward a settlement by no later than October 20, 2025. Dkt. No. 144. The parties have not submitted such a letter. The parties are ordered to comply with the Court's September 19, 2025 order forthwith, and in any event no later than October 24, 2025.

       SO ORDERED.

Dated: October 21, 2025
New York, New York

                                                            GREGORY H. WOODS
                                                   United States District Judge