UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| JASON N. CADWELL and HARALD B. FINDLAY, in their capacities as Co-Trustees of the Edward A. Deeds Revocable Trust dated December 23, 1999, as amended, | Docket No.: 1:23-cv-01315 (GHW) (KHP) |
| Plaintiffs, | |
| -against- | |
| CITIBANK, N.A., as Trustee of the Edward A. Deeds Trust under that certain Trust Agreement dated March 1, 1945, and as Trustee of the Edith W. Deeds Trust under that certain Trust Agreement dated March 1, 1945, DIANNE STEBBINS, SUSAN GRIFFIS, MARTHA DEEDS, JENNIFER HUFF, ELIZABETH MACKENZIE, and EDWARD A. DEEDS, III, | |
| Defendants. | |

-----------------------------------------------------------------X

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jason N. Cadwell and Harald B. Finlay, having settled all claims, all parties to this case jointly stipulate to the dismissal of this action with prejudice, with each side to bear its own costs.

Dated: Burlington, Vermont
November 19, 2025

**KATSKY KORINS LLP**

/s/ *Ayton Bellin*
Ayton Bellin
Katsky Korins LLP
605 Third Avenue, 17th Floor
New York, NY 10158
212-716-3229
Email: abellin@katskykorins.com

*Attorneys for Plaintiffs Jason N. Cadwell and Harald B. Finlay*

**SHEEHEY FURLONG & BEHM P.C.**

/s/ *Hannah C. Waite*
Hannah C. Waite, Esq.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, Vermont 05402-0066
(802) 864-9891
hwaite@sheeheyvt.com

*Attorneys for Defendants Diane Deeds Stebbins, Susan Deeds Griffis, Martha Deeds, Jennifer Deeds Huff, Elizabeth Deeds MacKenzie, and Edwards A. Deeds, III*

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Donald E. Frechette*
Donald E. Frechette
Troutman Pepper Locke LLP
111 Huntington Avenue
Ste 9th Floor
Boston, MA 02199-7613
617-239-0713
Fax: 888-325-9086
Email: Donald.Frechette@troutman.com

*Attorneys for Citibank N.A.*