USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/19/2025__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MEMORANDUM ENDORSED**

-----------------------------------------------------------------X

JASON N. CADWELL and HARALD B. FINDLAY,
in their capacities as Co-Trustees of the Edward A.
Deeds Revocable Trust dated December 23, 1999,
as amended,

                Plaintiffs,

         -against-

CITIBANK, N.A., as Trustee of the Edward A. Deeds
Trust under that certain Trust Agreement dated March 1,
1945, and as Trustee of the Edith W. Deeds Trust under
that certain Trust Agreement dated March 1, 1945,
DIANNE STEBBINS, SUSAN GRIFFIS, MARTHA
DEEDS, JENNIFER HUFF, ELIZABETH MACKENZIE,
and EDWARD A. DEEDS, III,

                Defendants.

-----------------------------------------------------------------X

Docket No.: 1:23-cv-01315
(GHW) (KHP)

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jason N. Cadwell and Harald B. Finlay,

having settled all claims, all parties to this case jointly stipulate to the dismissal of this action

with prejudice, with each side to bear its own costs.

The parties have stipulated to the dismissal of this action with prejudice under F.R.C.P. 41(a)(1)(A)(ii). The
Clerk of Court is directed to terminate all pending motions and to close this case.

SO ORDERED.
Dated: November 19, 2025
New York, New York

           _____
               GREGORY H. WOODS
            United States District Judge

Dated: Burlington, Vermont
          November 19, 2025

**KATSKY KORINS LLP**

/s/ *Ayton Bellin*
Ayton Bellin
Katsky Korins LLP
605 Third Avenue, 17th Floor
New York, NY 10158
212-716-3229
Email: abellin@katskykorins.com

*Attorneys for Plaintiffs Jason N. Cadwell and Harald B. Finlay*

**SHEEHEY FURLONG & BEHM P.C.**

/s/ *Hannah C. Waite*
Hannah C. Waite, Esq.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, Vermont 05402-0066
(802) 864-9891
hwaite@sheeheyvt.com

*Attorneys for Defendants Diane Deeds Stebbins, Susan Deeds Griffis, Martha Deeds, Jennifer Deeds Huff, Elizabeth Deeds MacKenzie, and Edwards A. Deeds, III*

**TROUTMAN PEPPER LOCKE LLP**

/s/ *Donald E. Frechette*
Donald E. Frechette
Troutman Pepper Locke LLP
111 Huntington Avenue
Ste 9th Floor
Boston, MA 02199-7613
617-239-0713
Fax: 888-325-9086
Email: Donald.Frechette@troutman.com

*Attorneys for Citibank N.A.*

Error! Unknown document property name.